

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00221-CV

Tommy Lee **BROWN**, Jr.,
Appellant

v.

Sandra Ann **BROWN**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06544
Honorable Laura Salinas, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on June 7, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to July 8, 2019. On July 8, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until August 7, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by August 7, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court